■ The People of the State of New York, Respondent, v Terrance Jones, Appellant.—Judgment unanimously affirmed. Memorandum: A prior juvenile offender felony conviction is a predicate felony for sentencing purposes (see, Penal Law § 60.10 [2]). There is no merit to defendant's arguments

that he should have been sentenced as a youthful offender and that his sentence was harsh and excessive. (Appeal from judgment of Niagara County Court, DiFlorio, J.—manslaughter, first degree; assault, third degree.) Present—Callahan, J. P., Denman, Green, Pine and Lawton, JJ.